**Opinion issued July 25, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00737-CV

————————————

## IN THE MATTER OF A.J.C.

---

**On Appeal from the County Court of Law No. 3 and Probate Court**
**Brazoria County, Texas**
**Trial Court Case No. JV21964**

---

## MEMORANDUM OPINION

The appellant has filed a notice requesting dismissal of his appeal, which we construe as a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Further, although the motion does not include a certificate of

conference, more than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Kelly, and Goodman